UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
OLGA SOSA  05-70918-M-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Sep 3, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

NCO FINANCIAL SYSTEMS INC
PO BOX 13564
PHILADELPHIA, PA  19101-3564

5. As a result, funds owed to the creditor in the amount of $274.00 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, December 10, 2009

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78478
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: CHAPTER 13 PROCEEDING:
OLGA SOSA 05-70918-M-13
DEBTOR

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Dec 10, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


OLGA SOSA
907 VALLE VISTA AVE
PHARR, TX  78577

LAW OFFICE OF TROY CLEVELAND
3827 N 10TH STREET  STE 204
MCALLEN, TX  78501

NCO FINANCIAL SYSTEMS INC
PO BOX 13564
PHILADELPHIA, PA  19101-3564

NCO FINANCIAL SYSTEMS INC
PO BOX 41567
PHILADELPHIA, PA  19101